714

No. 122. MALONEY, EXECUTOR, ET AL. *v.* BOARD OF DIRECTORS OF CITY TRUSTS OF THE CITY OF PHILADELPHIA. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Robert F. Cogswell* for petitioners. *Mr. James V. Hayes* for respondent.

No. 125. CENTURY OXFORD MANUFACTURING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 127. BANKERS TRUST Co., TRUSTEE, ET AL. *v.* NEW YORK. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Jesse E. Waid* and *William St. John Tozer* for petitioners. *Messrs. Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, and *Gerald J. Carey,* Assistant Attorney General, for respondent.

No. 128. BROWN *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. H. Lewis Brown* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel. O. Clark, Jr.,* and *Messrs. Sewall Key, A. F. Prescott, Newton K. Fox,* and *Walter J. Cummings, Jr.* for respondent.